1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  XIONG YENG, | Case No. 1:13-cv-01734-AWI-BAM-HC |
| 12          Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF THE |
| 13      v. | PETITION FOR WRIT OF HABEAS CORPUS (DOC. 16) |
| 14 | |
| 15  RICK HILL, Warden, | ORDER DISMISSING THE PETITION WITHOUT PREJUDICE (DOC. 1) AND DIRECTING THE CLERK TO CLOSE THE |
| 16          Respondent. | ACTION |
| 17 | |

18

19      Petitioner is a state prisoner proceeding pro se and in forma

20 pauperis with a petition for writ of habeas corpus pursuant to 28

21 U.S.C. § 2254.  Pending before the Court is the Petitioner's request

22 for voluntary dismissal of the petition.

23      I.   Voluntary Dismissal of the Petition

24      The named respondent has not appeared in the action.  On

25 December 23, 2014, Petitioner filed the instant motion for voluntary

26 dismissal of the petition.

27      Subject to other provisions of law, a petitioner may

28 voluntarily dismiss an action without leave of court before service

1  by the adverse party of an answer or motion for summary judgment.

2  Fed. R. Civ. P. 41(a).  Otherwise, an action shall not be dismissed

3  except upon order of the court and upon such terms and conditions as

4  the court deems proper.  Id.

5      Here, no answer or motion to dismiss has been served or filed.

6  Thus, Petitioner is entitled to dismissal.

7      II.  Disposition

8      Accordingly, it is ORDERED that, pursuant to Petitioner's

9  voluntary dismissal, the petition for writ of habeas corpus is

10  DISMISSED without prejudice and the Clerk is DIRECTED to close this

11  action.

12

13  IT IS SO ORDERED.

14  Dated:   March 3, 2015                  _____

15                                          SENIOR  DISTRICT  JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2